AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOPKINS, VIRGINIA E. | U.S. DISTRICT COURT | 04/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

619 HUGO L. BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOPKINS, VIRGINIA E.** | 04/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH - WELLS FARGO BANK ACCOUNT | | None | K | T | | | | | |
| 2. CASH - LEGACY CREDIT UNION ACCOUNT | | None | J | T | | | | | |
| 3. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Interest | L | T | | | | | |
| 4. CASH - MORGAN STANLEY LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Dividend | | | | | | | |
| 5. ABBVIE INC COM | B | Dividend | K | T | Buy | 04/12/16 | K | | |
| 6. | | | | | Sold (part) | 04/21/16 | J | A | |
| 7. | | | | | Sold (part) | 08/18/16 | J | A | |
| 8. | | | | | Sold (part) | 11/10/16 | J | A | |
| 9. ACTIVISION BLIZZARD INC | | None | K | T | Buy | 11/21/16 | K | | |
| 10. ACUITY BRANDS INC | A | Dividend | K | T | Sold (part) | 04/11/16 | J | A | |
| 11. | | | | | Sold (part) | 04/21/16 | J | A | |
| 12. | | | | | Sold (part) | 08/18/16 | J | A | |
| 13. | | | | | Sold (part) | 11/10/16 | J | A | |
| 14. ADOBE SYSTEMS | | None | K | T | Buy | 05/06/16 | K | | |
| 15. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 16. | | | | | Sold (part) | 08/18/16 | J | A | |
| 17. | | | | | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ALIGN TECHNOLOGY | | None | K | T | Buy | 11/17/16 | K | | |
| 19.   ALLERGAN PLC SHS | | None | | | Sold (part) | 04/11/16 | J | A | |
| 20. | | | | | Sold | 04/12/16 | K | E | |
| 21.   AMAZON COM INC | | None | K | T | Buy | 11/17/16 | K | | |
| 22.   AMERICAN CENTURY EQUITY INCOME | A | Dividend | K | T | Sold (part) | 01/15/16 | K | A | SEE SECTION VIII ADDL INFO |
| 23. | | | | | Buy (add'l) | 08/26/16 | K | | |
| 24. | | | | | Sold (part) | 11/10/16 | J | A | |
| 25.   AMERICAN WATER WORKS CO | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 26. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 27. | | | | | Sold (part) | 08/18/16 | J | A | |
| 28. | | | | | Sold (part) | 11/10/16 | J | A | |
| 29.   APPLE INC | A | Dividend | J | T | Sold (part) | 04/11/16 | J | A | |
| 30. | | | | | Sold (part) | 04/21/16 | J | A | |
| 31. | | | | | Sold (part) | 06/21/16 | J | A | |
| 32. | | | | | Sold (part) | 07/18/16 | J | A | |
| 33. | | | | | Sold (part) | 08/18/16 | J | A | |
| 34. | | | | | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/17/16 | J | A | |
| 36. AVAGO TECH | | None | | | Merged (with line 37) | 02/01/16 | K | | SEE SECTION VIII ADDL INFO |
| 37. BROADCOM LTD SHS | A | Dividend | L | T | Open | 02/01/16 | K | | SEE SECTION VIII ADDL INFO |
| 38. | | | | | Sold (part) | 04/11/16 | J | A | |
| 39. | | | | | Sold (part) | 04/21/16 | J | A | |
| 40. | | | | | Sold (part) | 08/18/16 | J | A | |
| 41. | | | | | Sold (part) | 11/10/16 | J | A | |
| 42. COMCAST CORP (NEW) CLASS A | A | Dividend | K | T | Sold (part) | 04/11/16 | J | A | |
| 43. | | | | | Sold (part) | 04/21/16 | J | A | |
| 44. | | | | | Sold (part) | 08/18/16 | J | A | |
| 45. | | | | | Sold (part) | 11/10/16 | J | A | |
| 46. | | | | | Sold (part) | 11/21/16 | K | D | |
| 47. CONSTELLATION BRANDS INC CL A | A | Dividend | L | T | Sold (part) | 04/11/16 | J | A | |
| 48. | | | | | Sold (part) | 04/21/16 | J | A | |
| 49. | | | | | Sold (part) | 08/18/16 | J | A | |
| 50. | | | | | Sold (part) | 11/10/16 | J | A | |
| 51. CVS HEALTH CORP COM | A | Dividend | | | Sold (part) | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/14/16 | K | A | |
| 53. EQUIFAX INC | A | Dividend | K | T | Buy (add'l) | 02/22/16 | K | | |
| 54. | | | | | Sold (part) | 04/11/16 | J | A | |
| 55. | | | | | Sold (part) | 04/21/16 | J | A | |
| 56. | | | | | Sold (part) | 08/18/16 | J | A | |
| 57. | | | | | Sold (part) | 11/10/16 | J | A | |
| 58. EXPEDIA INC NEW | A | Dividend | | | Buy | 05/05/16 | J | | |
| 59. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 60. | | | | | Sold (part) | 06/21/16 | J | A | |
| 61. | | | | | Sold | 07/18/16 | J | A | |
| 62. EXTRA SPACE STORAGE INC | A | Dividend | | | Buy | 05/10/16 | K | | |
| 63. | | | | | Sold (part) | 08/18/16 | J | A | |
| 64. | | | | | Sold | 08/19/16 | J | A | |
| 65. FACEBOOK INC CL-A | | None | K | T | Buy (add'l) | 02/22/16 | J | | |
| 66. | | | | | Sold (part) | 04/11/16 | J | A | |
| 67. | | | | | Sold (part) | 04/21/16 | J | A | |
| 68. | | | | | Sold (part) | 08/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/10/16 | J | A | |
| 70. FISERV INC WISCONSIN | | None | K | T | Sold (part) | 04/11/16 | J | A | |
| 71. | | | | | Sold (part) | 04/21/16 | J | A | |
| 72. | | | | | Sold (part) | 08/18/16 | J | A | |
| 73. | | | | | Sold (part) | 11/10/16 | J | A | |
| 74. | | | | | Sold (part) | 11/21/16 | K | D | |
| 75. FLEETCOR TECHNOLOGIES | | None | | | Sold | 01/15/16 | K | A | |
| 76. GILEAD SCIENCE | | None | | | Sold | 02/11/16 | K | A | |
| 77. HORMEL FOODS | A | Dividend | | | Buy | 03/21/16 | K | | |
| 78. | | | | | Sold (part) | 04/21/16 | J | A | |
| 79. | | | | | Sold (part) | 08/18/16 | J | A | |
| 80. | | | | | Sold | 08/24/16 | K | A | |
| 81. INGREDION INC COM | A | Dividend | K | T | Buy | 08/03/16 | K | | |
| 82. | | | | | Sold (part) | 08/18/16 | J | A | |
| 83. | | | | | Sold (part) | 11/10/16 | J | A | |
| 84. ISHARES 3-7 YR TREASURY BD ETF | B | Dividend | L | T | Sold (part) | 04/11/16 | J | A | |
| 85. | | | | | Sold (part) | 04/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/18/16 | J | A | |
| 87. | | | | | Sold (part) | 11/10/16 | J | A | |
| 88. ISHARES BARCLAYS 1-3 YR TSY BD | A | Dividend | L | T | Sold (part) | 04/11/16 | J | A | |
| 89. | | | | | Sold (part) | 04/21/16 | J | A | |
| 90. | | | | | Sold (part) | 08/18/16 | J | A | |
| 91. | | | | | Sold (part) | 11/10/16 | J | A | |
| 92. ISHARES CORE U.S. AGGREGATE | B | Dividend | L | T | Sold (part) | 04/11/16 | J | A | |
| 93. | | | | | Sold (part) | 04/21/16 | J | A | |
| 94. | | | | | Sold (part) | 08/18/16 | J | A | |
| 95. | | | | | Sold (part) | 11/10/16 | J | A | |
| 96. MASTERCARD INC CL A | A | Dividend | | | Sold (part) | 04/11/16 | J | A | |
| 97. | | | | | Sold (part) | 04/21/16 | J | A | |
| 98. | | | | | Sold | 08/03/16 | K | A | |
| 99. METROPOLITAN WEST TOT RET BD FD | A | Dividend | K | T | Sold (part) | 04/11/16 | J | A | SEE SECTION VIII ADDL INFO |
| 100. | | | | | Sold (part) | 04/21/16 | J | A | |
| 101. | | | | | Sold (part) | 08/18/16 | J | A | |
| 102. | | | | | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MOHAWK INDUSTRIES INC | | None | K | T | Sold (part) | 04/11/16 | J | A | |
| 104. | | | | | Sold (part) | 04/21/16 | J | A | |
| 105. | | | | | Sold (part) | 08/18/16 | J | A | |
| 106. | | | | | Sold (part) | 11/10/16 | J | A | |
| 107. NIKE INC B | A | Dividend | | | Sold (part) | 04/21/16 | J | A | |
| 108. | | | | | Sold (part) | 06/02/16 | J | A | |
| 109. | | | | | Sold | 06/08/16 | J | A | |
| 110. NORWEGIAN CRUSE LINE HLDS INC | | None | | | Sold (part) | 04/11/16 | J | A | |
| 111. | | | | | Sold (part) | 04/21/16 | J | A | |
| 112. | | | | | Sold (part) | 05/05/16 | J | A | |
| 113. | | | | | Sold | 05/23/16 | J | A | |
| 114. NVIDIA CORPORATION | A | Dividend | L | T | Buy | 06/21/16 | J | | SEE SECTION VIII ADDL INFO |
| 115. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 116. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 117. | | | | | Sold (part) | 08/18/16 | J | A | |
| 118. | | | | | Sold (part) | 11/10/16 | J | A | |
| 119. PALO ALTO NETWORKS INC | | None | | | Sold (part) | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/21/16 | J | A | |
| 121. | | | | | Sold (part) | 05/06/16 | K | B | |
| 122. | | | | | Sold | 05/27/16 | K | A | |
| 123. PUBLIC STORAGE | A | Dividend | | | Buy | 06/02/16 | J | | |
| 124. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 125. | | | | | Sold | 08/16/16 | J | A | |
| 126. SHERWIN WILLIAMS COMPANY OHIO | A | Dividend | K | T | Buy | 07/22/16 | K | | |
| 127. | | | | | Sold (part) | 08/18/16 | J | A | |
| 128. | | | | | Sold (part) | 11/10/16 | J | A | |
| 129. SKYWORKS SOLUTIONS INC | | None | | | Sold | 01/15/16 | K | C | SEE SECTION VIII ADDL INFO |
| 130. THE J.M. SMUCKER COMPANY | A | Dividend | | | Buy | 08/24/16 | K | | |
| 131. | | | | | Sold (part) | 10/17/16 | J | A | |
| 132. | | | | | Sold (part) | 11/10/16 | J | A | |
| 133. | | | | | Sold | 11/17/16 | K | A | |
| 134. SPDR BARCLAYS CAPPITAL TIPS | B | Dividend | L | T | Sold (part) | 04/11/16 | J | A | |
| 135. | | | | | Sold (part) | 04/21/16 | J | A | |
| 136. | | | | | Sold (part) | 08/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/10/16 | J | A | |
| 138. STARBUCKS CORP WASHINGTON | B | Dividend | K | T | Sold (part) | 04/11/16 | J | A | |
| 139. | | | | | Sold (part) | 04/21/16 | J | B | |
| 140. | | | | | Sold (part) | 08/18/16 | J | A | |
| 141. | | | | | Sold (part) | 11/10/16 | J | A | |
| 142. | | | | | Sold (part) | 11/17/16 | K | E | |
| 143. THERMO FISHER SCIENTIFIC | A | Dividend | L | T | Sold (part) | 04/21/16 | J | A | |
| 144. | | | | | Sold (part) | 11/10/16 | J | A | |
| 145. ULTA SALON COS & FRAGR | | None | L | T | Sold (part) | 04/11/16 | J | A | SEE SECTION VIII ADDL INFO |
| 146. | | | | | Sold (part) | 04/21/16 | J | A | |
| 147. | | | | | Sold (part) | 08/18/16 | J | A | |
| 148. | | | | | Sold (part) | 11/10/16 | J | A | |
| 149. UNDER ARMOUR INC CL A | | None | | | Sold | 01/15/16 | K | A | |
| 150. UNITEDHEALTH GP INC | A | Dividend | L | T | Sold (part) | 04/11/16 | J | A | SEE SECTION VIII ADDL INFO |
| 151. | | | | | Sold (part) | 04/21/16 | J | A | |
| 152. | | | | | Sold (part) | 08/18/16 | J | A | |
| 153. | | | | | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  VANTIV INC CL-A | | None | K | T | Buy | 05/17/16 | K | | |
| 155. | | | | | Sold (part) | 08/18/16 | J | A | |
| 156. | | | | | Sold (part) | 11/10/16 | J | A | |
| 157.  WALT DISNEY CO HLDG CO | A | Dividend | | | Sold (part) | 04/11/16 | J | A | |
| 158. | | | | | Sold (part) | 04/21/16 | J | A | |
| 159. | | | | | Sold | 07/22/16 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Irrevocable Insurance Trust #1 as reported in Part I, Line 1 is unfunded and therefore is not included in Section VII, "Investments and Trusts."

SECTION VII, INVESTMENTS AND TRUST, LINE 22 - 24: The FDR report for the year ended 12/31/2015 (prior year) had an error in the ending holding balance of this investment (American Century Equity Income). The correct holding value code 2 as of December 31, 2015 was "K" and the value method code 3 was "T". These amounts were erroneously omitted from Column C on the prior year FDR report. This was due to an error in the supporting information downloaded from the investment broker.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 26 AND 27: Avago Technologies completed its merger with Broadcom on February 1, 2016. The combined company is named Broadcom Limited and bears the ticker AVGO.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 26 AND 27: Broadcom Limited value increased to Value Code "L" in Column 3 from Value Code "K" (the opening value for this investment) purely due to increases in the market value of this investment. There are no further acquisitions to report.

SECTION VII, INVESTMENTS AND TRUST, LINE 96 - 99: The FDR report for the year ended 12/31/2015 (prior year) had an error in the ending holding balance of this investment (Metropolitan West Tot Ret Bd I). The correct holding value code 2 as of December 31, 2015 was "K" and the value method code 3 was "T". These amounts were erroneously omitted from Column C on the prior year FDR report. This was due to an error in the supporting information downloaded from the investment broker.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 114 - 118: Nvidia Corporation increased from Value Code "K" as a result of the reported acquisitions in column D. The holding value at 12/31/2016 was Value Code "L" as shown in Column C. This was purely due to increases in the market value of this investment. There are no further acquisitions to report.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 126: Skyworks Solutions Inc was sold entirely during the 2016 year. The decrease in value code from L to K prior to its sale was purely due to the decrease in the market value of the shares. There are no further dispositions to report.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 114 - 118: Nvidia Corporation increased from Value Code "K" as a result of the reported acquisitions in column D. The holding value at 12/31/2016 was Value Code "L" as shown in Column C. This was purely due to increases in the market value of this investment. There are no further acquisitions to report.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 142 - 145: Ulta Salon Cos & Fragr increased from Value Code "K" as shown in the holdings in Column C on the prior year report. The holding value at 12/31/2016 was Value Code "L" as shown in Column C. This was purely due to increases in the market value of this investment. There are no further acquisitions to report.

SECTION VII, INVESTMENTS AND TRUSTS, LINE 147 - 150: Unitedhealth Gp Inc increased from Value Code "K" as shown in the holdings in Column C on the prior year report. The holding value at 12/31/2016 was Value Code "L" as shown in Column C. This was purely due to increases in the market value of this investment. There are no further acquisitions to report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544